UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| YOHONIA M. MARTIN,<br><br>               Plaintiff,<br>       v.<br>WELLS FARGO BANK,<br><br>               Defendant.<br>_____/ | No. C 12-244 MEJ<br><br>**ORDER RE: STATUS** |

This case is currently scheduled for a Case Management Conference on May 3, 2012. However, as the parties have failed to file a joint case management report and failed to comply with ADR deadlines, the May 3 conference is VACATED. The parties shall file a joint status report by May 24, 2012. Plaintiff is advised that failure to comply with court orders and deadlines may result in the dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge