UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| YOHONIA MARTIN, | No. C 12-244 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

Although this case has been pending since January, no progress has been made. In fact, despite a variety of accommodations provided to both parties, there seems to be an inability to even communicate with both Plaintiff Yohonia Martin and Defendant Wells Fargo Bank. The Court's ADR Unit has attempted to conduct a phone conference, yet neither party called at the appointed time, and neither party has followed up with attempts by the ADR Unit to reschedule the conference. The Court has vacated the case management conference and ordered the parties to file a joint status report, yet no joint or separate report has been filed. On May 10, 2012, Plaintiff emailed a notice to the Court's ADR Unit that she is unable to be contacted directly at her mailing address, along with a request that all correspondence be directed to an email address, yohonia@gmail.com. The Court granted Plaintiff's request, on the condition that she first register as an Electronic Case Filing User on the Court's website. Plaintiff has failed to register. Based on the parties' inaction, the Court ORDERS both parties to show cause as follows:

1) Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to prosecute, failure to register as an Electronic Case Filing User as ordered[1], and failure to

---

[1] As previously informed, Plaintiff must follow the registration procedure set forth at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once Plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice stating that the e-filing password has been received. If such notice is filed, Plaintiff may

comply with Court orders in general. Plaintiff shall file a declaration by July 19, 2012, and the Court shall conduct a hearing on August 2, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is advised that, until she registers as an ECF User, she must manually file all documents at the Clerk's Office, either in person or by mail. The Court shall not accept any communication via email.

2) Defendant is ORDERED to show cause why sanctions should not be imposed against it for failure to comply with Court orders and failure to provide current contact information. Defendant shall file a declaration by July 19, 2012, and the Court shall conduct a hearing on August 2, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

The parties are hereby informed that the Court may issue sanctions, including dismissal of this case, without a hearing if they fail to file responsive declarations. Thus, it is imperative that the parties file written responses by the deadlines above. Plaintiff is also advised that she may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, either by calling (415.782.9000, extension 8657) or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

---

thereafter file documents electronically. Thereafter, all correspondence from the Court and Defendant Wells Fargo Bank shall be through Plaintiff's email address and Defendant shall be relieved of its duty to serve Plaintiff with paper copies of each electronically-filed document.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

YOHONIA M.MARTIN,

        Plaintiff,

  v.

WELLS FARGO BANK et al,

        Defendant.

Case Number: CV12-00244 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yohonia M. Martin
360 Katheryn Lane
Commerce, GA 30530

Dated: July 2, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

3