# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| YOHONIA MARTIN,<br><br>            Plaintiff,<br>  v.<br><br>WELLS FARGO BANK,<br><br>            Defendant.<br>_____/ | No. C 12-244 MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On July 2, 2012, the Court issued an Order to Show Cause to both parties in this case. Dkt. No. 18. Having received the parties' responses, the Court DISCHARGES the order to show cause. The parties shall file a joint case management statement by August 9, 2012. As Plaintiff has requested communication via email, the joint statement need only contain an electronic signature from Plaintiff. Plaintiff is reminded that if she would like to e-file documents in this case and receive notice via email, she must register as an e-filing user, as previously instructed.

**IT IS SO ORDERED.**

Dated: July 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA M.MARTIN, | Case Number: CV12-00244 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WELLS FARGO BANK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yohonia M. Martin
360 Katheryn Lane
Commerce, GA 30530

Dated: July 19, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2