UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| YOHONIA MARTIN,<br>          Plaintiff, | No. C 12-0244 MEJ |
| v. | **ORDER RE: ADR PHONE CONFERENCE** |
| WELLS FARGO BANK,<br>          Defendants.<br>_____/ | |

The court's ADR Program shortly will issue a new notice scheduling an ADR Phone Conference. The notice will be e-filed and sent to plaintiff Yohonia Martin at her email address ONLY. IT IS HEREBY ORDERED that plaintiff and defendant's counsel SHALL join the conference call at the reserved date and time.

Toll-free dial-in information for the ADR Phone Conference is as follows:

Number: 888-684-8852

Access Code: 3491969

IT IS SO ORDERED.

July 24, 2012                              By:                    _____
Dated                                                                        Maria-Elena James
                                                                     Chief United States Magistrate Judge