# UNITED STATES  DISTRICT COURT

## Northern District of California

YOHONIA MARTIN,                              No. C 12-244 MEJ

                Plaintiff,            **ORDER RE: ELECTRONIC FILING**

   v.

WELLS FARGO BANK,

                Defendant.

_____/

On May 10, 2012, Plaintiff Yohonia Martin emailed a notice to the Court's ADR Unit that she is unable to be contacted directly at her mailing address, along with a request that all correspondence be directed to an email address, yohonia@gmail.com.  The Court granted Plaintiff's request, on the condition that she first register as an Electronic Case Filing User on the Court's website.  Plaintiff has yet to register, making it difficult for both the Court and Defendant to correspond with her.  Plaintiff is hereby ORDERED to complete the free Electronic Case Filing registration process.  Specifically, Plaintiff must follow the registration procedure set forth at this website:

https://ecf.cand.uscourts.gov/cand/newreg/index.html

For assistance with the registration process, Plaintiff may call the Help Desk at 1-866-638-7829. Once Plaintiff completes the free registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice stating that the e-filing password has been received.  If such notice is filed, Plaintiff may thereafter file documents electronically.  All correspondence from the Court and Defendant Wells Fargo Bank shall be through Plaintiff's email address and Defendant shall be relieved of its duty to serve Plaintiff with paper copies of each electronically-filed document.

**IT IS SO ORDERED.**

Dated: July 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

YOHONIA M.MARTIN,

        Plaintiff,

  v.

WELLS FARGO BANK et al,

        Defendant.
_____/

Case Number: CV12-00244 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yohonia M. Martin
360 Katheryn Lane
Commerce,  GA 30530

Dated: July 30, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2