UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA M. MARTIN | No. C 12-00244 MEJ (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| WELLS FARGO BANK | |
| Defendant(s). | |
| _____/ | |

The court set a settlement conference for Friday, October 5, 2012, at 9:30 a.m. *See* Order, ECF No. 29. The settlement conference statements were due on September 28, 2012. *See id.* The court sent an email to Ms. Martin asking her to submit her settlement conference statement by email by noon on Tuesday, October 2, 2012. *See* docket entry for 10/1/2012. The court reminded Wells Fargo by voice mail and email. So far, the court has not received anything.

Both parties must email their statements to the court by 10 a.m. on Wednesday, October 3, 2012, to the court's orders box at lbpo@cand.uscourts.gov.

The court will email this notice to Ms. Martin.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER C 12-00244 MEJ (LB)