UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHONIA M. MARTIN | No. C 12-00244 MEJ (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| WELLS FARGO BANK | |
| Defendant(s). | |

_____/

The court set a settlement conference for Wednesday, November 14, 2012, at 10:30 a.m. *See* Order, ECF No. 38. The settlement conference statements are due on November 7, 2012. *See id.* Wells Fargo may rely on its previously-submitted statement if it wants to. The parties may email their statements to the court's orders box at lbpo@cand.uscourts.gov.

The court will email this notice to Ms. Martin.

**IT IS SO ORDERED.**

Dated: October 24, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER C 12-00244 MEJ (LB)